IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00071-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRIS D. KIRKMAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motions to appoint new counsel [DE 35, 36]. The court will hold a hearing on these motions on Monday, **October 2, 2023, at 10:45 a.m.** in Courtroom 160, Wilmington.

SO ORDERED this 26th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE