IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00071-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRIS D. KIRKMAN,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motions to suppress [DE 40] and to dismiss [DE 41]. Defendant is currently represented by counsel, and the court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). The court acknowledges Defendant's pending motion for new counsel, which is scheduled to be heard on October 10, 2023. Given the posture of this case, the present motions are DENIED WITHOUT PREJUDICE to the Defendant's ability to re-file, either by his counsel or by Defendant if he is permitted to proceed pro se, pending resolution of his motion for new counsel.

SO ORDERED this 2d day of October, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE