IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:22-CR-00071-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRIS D. KIRKMAN,

    Defendant.

ORDER

These matters come before the court on two letters filed in this case by Defendant asking the court to "reject, dismiss, or deny any motion that Damon Chetson files on [his] behalf" [DE 50] and informing the court that he seeks to "withdraw from [sic] the pro se motions that [he] filed" and he "would like for the motion that Damon Chetson filed to be canceled" so that he may "enter a conditional plea and get the 3-point deduction for acceptance of responsibility" [DE 51]. Currently pending before the court are a pro se motion to suppress (DE 40), a pro se motion to dismiss (DE 41) and a counseled motion to dismiss (DE 42); these motions are scheduled to be heard on December 11, 2023. The court DIRECTS Mr. Chetson to confer with Defendant regarding his letters and inform the court by a written notice filed on or before December 1, 2023, whether Defendant wishes to proceed on the pending motions. If Defendant wishes to proceed, the United States may file its response(s) to the pending motions no later than December 4, 2023.

SO ORDERED this 29th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE