IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00071-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARRIS D. KIRKMAN,<br><br>    Defendant. | ORDER |

This matter comes before the court on the Defendant's pro se motion to appoint new standby counsel [DE 57] and memorandum in support [DE 58]. Defendant is currently incarcerated, he proceeds pro se in this case, and his standby counsel is Damon Chetson. Defendant asks the court to appoint him new standby counsel; however, he also asks for the "earliest court date" so he can "do an open plea." Defendant is currently scheduled to be arraigned at the January 9, 2024 term of court. The court will hear Defendant's motion and determine whether he is prepared to enter a plea at that time.

SO ORDERED this 19th day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE