IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00071-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DARRIS D. KIRKMAN, | |
| Defendant. | |

This matter comes before the court on the Defendant's pro se motion seeking the preparation of a transcript from his sentencing hearing to aid him in preparing a motion for reduction of sentence under 18 U.S.C. § 3582 [DE 81]. Pursuant to Standing Order 19-SO-3, an indigent defendant will be appointed counsel upon the filing of a pro se motion under § 3582. In the interests of judicial economy and efficiency, the court finds it best to permit counsel to determine whether the preparation of a transcript is necessary for support of a § 3582 motion. Accordingly, the pro se motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 14th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE